UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>FREEGO USA INC.,<br><br>                    Defendant. | 24-CV-06202 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant Freego USA Inc. ("Defendant") with the summons and complaint in this matter on September 9, 2024. (*See* ECF 8.) Defendant was therefore required to respond to the Complaint by September 30, 2024. (*See id*.) On October 7, 2024, I issued an Order To Show Cause, directed at Defendant, why an order should not be issued instructing Plaintiff to seek a default judgment against Defendant for failure to defend this action; Plaintiff was required to serve the Order To Show Cause on Defendant by October 10, 2024. (*See* ECF 9.) Plaintiff served the Order to Show Cause on October 10, 2024. (*See* ECF 10.) To date, Defendant has not responded to the complaint or satisfied the Order To Show Cause by explaining the reason for the delay.

I am sua sponte extending the deadline nunc pro tunc for Defendant to respond to the Complaint and explain the reason for the late response until **October 31, 2024.** By that date, Defendant shall file a response to the Complaint along with a declaration explaining why Defendant did not timely respond to the Complaint. Plaintiff is directed to serve by **October 25, 2024** a copy of this Order on Defendant. Service shall be made by registered mail at their principal place of business, identified in the complaint and request for summons as 17570

RINALDI STREET, GRANADA HILLS, CA 91344, ECF 1, and by any email addresses used by Defendant and known to Plaintiff. Plaintiff is directed to file confirmation of such mailings on the docket by **October 25, 2024**.

Defendant is warned that failure to respond to this Order may result in an order instructing Plaintiff to seek a default judgment against Defendant for failure to defend this action.

DATED:  October 22, 2024
           New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge