UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

FREEGO USA INC.,

Defendant.

No.: 1:24-cv-6202

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, FREEGO USA INC., without prejudice and without fees and costs.

Dated: New York, New York
October 22, 2024

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

Paul A. Engelmayer

United States District Court Judge

Dated: October 23, 2024
New York, New York